1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

GEICO INDEMNITY COMPANY,

Plaintiff,

v.

STEVEN GOLDSTEIN, *et al.*,

Defendants.

Lead Case: 2:15-cv-00340–APG–PAL

**ORDER DENYING DEFENDANT'S MOTION TO DISMISS AND DENYING GEICO'S MOTION FOR SUMMARY JUDGMENT WITHOUT PREJUDICE**

GEICO INDEMNITY COMPANY,

Plaintiff,

vs.

CAROLYN MANN, *et al.*,

Defendants.

(ECF No. 58)

Member Case: 2:15-cv-00485–APG–PAL

Thomas Meyers and David Mann died in a car accident.  Meyers was insured by plaintiff GEICO Indemnity Company.  These consolidated lawsuits arise out of GEICO's handling of claims related to the accident.  The first lawsuit (Case No. 2:15-cv-00340) is a declaratory relief action brought by GEICO against Steven Goldstein, the administrator of Meyer's estate.  The second lawsuit (Case No. 2:15-cv-00485) was filed by Carolyn Mann (David's wife and assignee of Meyers' interests) and asserts breach-of-contract and tort claims by against GEICO.

Carolyn Mann issued a subpoena duces tecum to Lewis, Brisbois, Bisgaard & Smith, the law firm that represented both GEICO and Meyers in an underlying state court lawsuit related to the accident.  GEICO moved for a protective order to block that subpoena. ECF No. 49. Magistrate Judge Leen denied that motion. ECF No. 57.  GEICO objected to that ruling (ECF No. 58), Mann responded (ECF No. 68), and GEICO filed a reply (ECF No. 69).  I have reviewed Judge Leen's

Order and the relevant papers.  Judge Leen's Order is not "clearly erroneous or contrary to law." Local Rule IB 3-1(a).  Therefore,

**IT IS HEREBY ORDERED** that Magistrate Judge Leen's Order **(ECF No. 57) is affirmed** in its entirety, and GEICO's Objection **(ECF No. 58) is overruled**.

DATED this 4th day of August, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE